IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

_____

BRIAN LOCKE,

                Plaintiff,

  v.                                           ORDER
                                                    07-C-480-S

MATTHEW J. FRANKS,
GREG D. GRAMS and 1-35 JOHN DOES,

                Defendant.
_____

     The Court allowed plaintiff to proceed on his First Amendment denial of access to the court and retaliation claims against defendants Matthew Franks and Gregory Grams.  The Court ordered defendants to respond to plaintiff's motion for a temporary injunction when they file their responsive pleading.  Plaintiff moves reconsideration seeking to enforce the preliminary injunction immediately.  This motion for reconsideration will be denied because defendants are entitled to an opportunity to respond to the motion.

                                         ORDER

     IT IS ORDERED that plaintiff's motion for reconsideration seeking to enforce the preliminary injunction immediately is DENIED.

     Entered this 4th day of October, 2007.

                                         BY THE COURT:

                                         /s/

                                         _____
                                         JOHN C. SHABAZ
                                         District Judge