IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

BRIAN LOCKE,

                Plaintiff,

   v.                                                       ORDER
                                                              07-C-480-S

MATTHEW J. FRANKS,
GREG D. GRAMS and 1-35 JOHN DOES,

                Defendant.
_____

     Plaintiff moves for a telephone pretrial conference.  This motion will be denied as unnecessary.  In his motion he also requests that counsel be appointed.  This request will be denied pending a formal motion with documentation in support.

     Plaintiff also requests discovery from two state court judges.  He has attached proposed subpoenas.  These discovery requests will not lead to admissible evidence in the above entitled matter.  Accordingly, plaintiff's request will be denied.

ORDER

     IT IS ORDERED that plaintiff's motion for a pretrial conference is DENIED.

     IT IS FURTHER ORDERED that plaintiff's request for appointment of counsel is DENIED at this time.

<u>Locke v. Frank, et al.</u>, 07-C-480-S

  IT IS FURTHER ORDERED that plaintiff's requests for discovery are DENIED.

  Entered this 8th day of November, 2007

        BY THE COURT:

         /s/

        _____
        JOHN C. SHABAZ
        District Judge