IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

BRIAN LOCKE,

                      Plaintiff,

    v.                                                                                          ORDER
                                                                                                          07-C-480-S

MATTHEW FRANK and
GREGORY GRAMS,

                      Defendants.

---

    Plaintiff, who is incarcerated at the Columbia Correctional Institution, was allowed to proceed on his First Amendment claims that defendants denied him access to the court and retaliated against him. He now moves to transfer his case to the Honorable Barbara Crabb because she has continuing jurisdiction of a settlement agreement in 00-C-421-C concerning the Wisconsin Secure Program Facility in Boscobel, Wisconsin. There is no connection between plaintiff's claims and the prior settlement agreement. Accordingly, plaintiff's motion to transfer his case will be denied.

                                              ORDER

    IT IS ORDERED that plaintiff's motion to transfer the above entitled matter to Honorable Barbara B. Crabb is DENIED.

    Entered this 21st day of December, 2007.

                                        BY THE COURT:

                                        _____/s/_____
                                        JOHN C. SHABAZ
                                        District Judge