IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

BRIAN LOCKE,

              Plaintiff,

   v.                                                  ORDER
                                                    07-cv-480-jcs

MATTHEW FRANK and
GREGORY GRAMS,

              Defendants.
_____

     Plaintiff has filed a motion for an interlocutory appeal from this Court's December 4, 2007 order denying his motion for appointment of counsel and December 21, 2007 order denying a transfer of jurisdiction. He is requesting to proceed <u>in forma pauperis on appeal</u>. Neither of the orders are appealable as interlocutory orders pursuant to 28 U.S.C. §1292. Accordingly, plaintiff's request to appeal <u>in forma pauperis</u> will be denied.


                                     ORDER

    IT IS ORDERED that plaintiff's request to proceed <u>in forma pauperis</u> on his interlocutory appeal is DENIED.

    Entered this 2nd day of January, 2008.

                                  BY THE COURT:

                              _____/s/_____
                              JOHN C. SHABAZ
                              District Judge