IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

BRIAN LOCKE,

                Plaintiff,

   v.                                                                 ORDER
                                                                       07-cv-480-jcs

MATTHEW FRANK and
GREGORY GRAMS,

                Defendants.
_____

    Plaintiff moves to recuse and disqualify the undersigned pursuant to 28 U.S.C. §§144 and 455.  This Court is neither biased nor prejudiced against the plaintiff.  Further, plaintiff's affidavit is insufficient to show that the Court has a personal bias against him.  Plaintiff's motion for recusal will be denied.

    The Court will not disqualify itself in this case because its impartiality may not be reasonably questioned. Plaintiff's motion for disqualification will be denied.

                                    ORDER

    IT IS ORDERED that plaintiff's motion for recusal and disqualification of the undersigned is DENIED.

    Entered this 17th day of January, 2008.

                                      BY THE COURT:

                                      _____/s/_____
                                      JOHN C. SHABAZ
                                      District Judge