IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

BRIAN LOCKE,

                Plaintiff,

   v.                                                                ORDER
                                                                            07-cv-480-jcs
MATTHEW FRANK and
GREGORY GRAMS,

                Defendants.
_____

     Plaintiff renews his motion for appointment of counsel and moves to transfer jurisdiction to the United States District Court for the Eastern District and to extend his legal loan. Plaintiff's motion for appointment of counsel will be denied for the reasons previously stated by the Court in its December 4, 2007 order. Plaintiff's motion to transfer jurisdiction and to extend his legal loan limit are denied because they lack any legal merit.

                                            ORDER

     IT IS ORDERED that plaintiff's motions for appointment of counsel, transfer of jurisdiction and extension of legal loan are DENIED.

     Entered this 23rd day of January, 2008.

                                         BY THE COURT:

                                         ____/s/_____
                                           JOHN C. SHABAZ
                                           District Judge