# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

DOCKET#_____
U.S. DISTRICT COURT
WEST DIST. OF WISCONSIN
JAN 3 1 2008
FILED
THERESA M. OWENS, CLERK
CASE#_____

BRIAN R. LOCKE,

           Plaintiff,

v.

MATTHEW FRANK and
GREGORY GRAMS,

           Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.: 07-cv-480-jcs

This action came for consideration before the court with DISTRICT JUDGE JOHN C. SHABAZ presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

THAT JUDGMENT IS ENTERED IN FAVOR OF DEFENDANTS AGAINST PLAINTIFF DISMISSING HIS COMPLAINT AND ALL CLAIMS CONTAINED THEREIN WITH PREJUDICE AND COSTS.

Approved as to form this 30th day of January, 2008.

_____
JOHN C. SHABAZ
DISTRICT JUDGE

Copy of this document has been provided to: _plft via email + ptff_
this 31st day of Jan, 20 08
By _____
           Deputy Clerk

_____
Theresa M. Owens, Clerk

by Deputy Clerk

JAN 3 1 2008
Date